HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ELLEN GRIFFIN,

        Plaintiff,

  v.

THE BOEING COMPANY,

        Defendant.

CASE NO. C13-38 RAJ

ORDER

This matter comes before the court on plaintiff's "Motion to Withdraw as Attorney."[1] The motion does not conform to this District's local rules, which require, among other things, a certification that the motion was served on the client. Local Rules W.D. Wash. CR 83.2(b)(1). It is unclear to the court whether the motion was served on plaintiff or whether plaintiff objects to her counsel withdrawing as counsel of record.

For all the foregoing reasons, the motion is DENIED without prejudice. Plaintiff may re-file a motion that complies with all the requirements of LCR 83.2(b). Accordingly, Aaron Christensen continues as counsel of record for plaintiff.

---

[1] The court notes that the caption of the document indicates that it is a "notice of withdrawal."

ORDER- 1

1  Dated this 29th day of October, 2013.

2

3

4

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

ORDER- 2