HONORABLE RICHARD A. JONES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ELLEN GRIFFIN,

　　　　　　　　Plaintiff,

　　　v.

THE BOEING COMPANY,

　　　　　　　　Defendant.

CASE NO. C13-38 RAJ

ORDER

The following minute order is made by the direction of the court, the Honorable Richard A. Jones:

The court received a voice message from plaintiff Ellen Griffin requesting a copy of the order denying her counsel's notice of withdrawal.  Court staff attempted to call Ms. Griffin at the number she provided, but the court only received a busy signal.  Counsel for plaintiff, Aaron Christensen, is ORDERED to provide a copy of the order (Dkt. # 17) to plaintiff and to file a declaration stating that he has done so no later than November 7, 2013.  Counsel may also file another motion to withdraw that complies with this District's Local Rules.

ORDER- 1

Dated this 31st day of October, 2013.

WILLIAM M. MCCOOL
Clerk

s/Consuelo Ledesma
Deputy Clerk

ORDER- 2