HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ELLEN GRIFFIN,

        Plaintiff,

  v.

THE BOEING COMPANY.

        Defendants.

CASE NO. C13-38 RAJ

ORDER

    This matter comes before the court on a motion to withdraw as counsel of record for plaintiff. Dkt. # 20. This is counsel's second attempt to withdraw as counsel. In the court's prior order denying the motion to withdraw, the court indicated that the motion did not conform with this District's local rules because it was unclear to the court whether the motion had been served on plaintiff or whether plaintiff objected to her counsel withdrawing as counsel of record. Dkt. # 17. The court also indicated that plaintiff could re-file a motion that complies with all the requirements of LCR 83.2(b). Counsel again has failed to comply with the requirements of LCR 83.2(b). Specifically, counsel for plaintiff, Aaron Christensen, has not filed a certification that the motion was served on his client or included his client's phone number in the motion.

    Nevertheless, after the court denied counsel's previous motion, Ms. Griffin called the court requesting the reason why the motion was denied and indicated that she

ORDER- 1

consented to counsel's withdrawal.  Accordingly, the court GRANTS the motion and discharges Mr. Christensen as counsel for Ms. Griffin.  However, given Mr. Christensen's disregard for the court's prior order of filing a motion that complies with LCR 83.2(b), the court ORDERS Mr. Christensen to SHOW CAUSE why he should not be sanctioned $500.00, payable to the Clerk of Court, for violating the local rules and prior order of this court.

The Clerk of Court is ORDERED to serve Ms. Griffin with a copy of this order to her last known address provided by Mr. Christensen:

Ellen Griffin
14244 124th Ave NE, APT A204
Kirkland, WA  98034

Since plaintiff is now proceeding *pro se*, the court encourages plaintiff to review resources with respect to representing yourself on the court's website, available at http://www.wawd.uscourts.gov/pro-se.  The court also expects plaintiff to review and abide by the local civil rules, available at http://www.wawd.uscourts.gov/sites/wawd/files/LocalCivilRules_Dec17_2012.pdf .

Dated this 25th day of November, 2013.

*(signature)*

The Honorable Richard A. Jones
United States District Judge

ORDER- 2