HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ELLEN GRIFFIN,

        Plaintiff,

  v.

THE BOEING COMPANY.

        Defendants.

CASE NO. C13-38 RAJ

ORDER

This matter comes before the court on *pro se* plaintiff's motion and amended motion to extend deadlines. Dkt. # 22, 27. Plaintiff requests a four-month case schedule extension to allow sufficient time to acquire new counsel. On October 10, 2013, former counsel for plaintiff filed a motion to withdraw as attorney. Dkt. # 16. Plaintiff indicates that approximately one week later, she began contacting attorneys in an attempt to find a replacement. Dkt. # 26. On November 25, 2013, the court granted plaintiff's motion to allow her counsel to withdraw as attorney. Dkt. # 21. Plaintiff indicates that she met with a new attorney on January 3, 2014, and hopes to have a new attorney soon. *Id.*

Under these circumstances, the court finds that *pro se* plaintiff has demonstrated good cause for an extension in the case schedule. The court will grant a three-month extension of all dates that have not already expired. The Clerk is DIRECTED to enter an amended case schedule with a trial date of October 27, 2014.

Dated this 30th day of January, 2014.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER- 2