Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ELLEN C. GRIFFIN,<br><br>                              Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY,<br><br>                              Defendant. | No. 2:13-cv-0038-RAJ<br><br>[PROPOSED]<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO AMEND COMPLAINT FOR DAMAGES** |

THIS MATTER has come on regularly before the undersigned judge of the above-entitled Court, and the Court having considered the Pleadings filed herein:

IT IS HEREBY ORDERED that Plaintiff is granted leave to file her Amended Complaint for Damages.  Plaintiff's unopposed Motion to Amend Complaint for Damages is GRANTED.

/

//

Order Granting Plaintiff's Motion to
Amend Complaint for Damages - 1
(No. 2:13-cv-0038-RAJ)

SUSAN B. MINDENBERGS
ATTORNEY AT LAW
119 FIRST AVE. SO.-STE. 200
SEATTLE, WA 98104-2564
TEL: (206) 447-1560
FAX: (206) 447-1523

Dated this 21st day of May, 2014.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

Order Granting Plaintiff's Motion to
Amend Complaint for Damages - 2
(No. 2:13-cv-0038-RAJ)

SUSAN B. MINDENBERGS
ATTORNEY AT LAW
119 FIRST AVE. SO.-STE. 200
SEATTLE, WA 98104-2564
TEL: (206) 447-1560
FAX: (206) 447-1523